Jeffrey A. Milman, SBN 99072
Jason M. Caruso, SBN 287809
**HODES MILMAN LIEBECK, LLP**
9210 Irvine Center Drive
Irvine, CA 92618
Tel:  (949) 640-8222
Fax: (949) 640-8294

Attorneys for Plaintiffs
LEON JONES and RHONDA JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEON JONES and RHONDA JONES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR MEDICAL NEGLIGENCE AND DEMAND FOR JURY TRIAL** |

Plaintiffs, LEON JONES and RHONDA JONES, and for their first cause of action against Defendant allege as follows:

### FIRST CAUSE OF ACTION

(Medical Negligence)

1. This action arises under the Federal Tort Claims Act of 1948, 62 Stat. 982, 28 U.S.C. §§ 1346(b) & 2671 et seq.

2. Plaintiffs LEON JONES and RHONDA JONES are husband and wife.

3. In the above-entitled action, Plaintiffs LEON JONES and RHONDA JONES bring this suit based upon improper medical services Plaintiff LEON JONES underwent at the Veterans Administration Hospital in Long Beach, California. Therefore, venue is proper in the Central District of California.

1

4. A tort claim for medical negligence and loss of consortium was filed on behalf of LEON JONES and RHONDA JONES, pursuant to 28 United States Code Section 2401 and 28 United States Code Section 2671 through 2680. Said Tort Claim arose from acts or omissions which occurred in August 2009 at the Veterans Affairs Long Beach Healthcare System, Long Beach, California.

5. Plaintiffs' Tort Claims were thereafter denied, and their request for reconsideration was denied by notice dated October 9, 2013.

6. That at all times mentioned herein, Plaintiffs were residents of the City of Long Beach, County of Los Angeles.

7. That at all times herein mentioned, Defendants, and each of them, were the agents, joint venturers, servants, employees, assistants, consultants and the like of their co-defendants, and were, as such, acting within the course and scope of such agency; that each and every Defendant was negligent in the selection, hiring, monitoring, and continued employment of each and every other Defendant as an agent, servant, employee, assistant, and consultant.

8. That on or about August 17, 2009, and prior thereto, and thereafter, Plaintiff LEON JONES consulted and engaged for compensation the services of Defendants, and each of them; at or about said time, Defendants, and each of them, undertook to examine, diagnose, prescribe medicine and drugs, and handle and control the care and treatment of Plaintiff LEON JONES' well-being and perform the necessary tests, therapy and surgery for the treatment of said problem, if same were required.

9. That in the aforesaid examination, diagnosis, prescription of medicines and drugs, and handling and controlling of the care and treatment of Plaintiff LEON JONES, Defendants, and each of them, negligently failed to possess and to exercise that degree of knowledge and skill ordinarily possessed and exercised by other physicians, surgeons, hospitals, nurses, attendants, and the like, in the same or similar locality under similar circumstances as the said defendants, and each of them.

10. That with respect to the duties, responsibilities and liabilities of the Defendant, UNITED STATES OF AMERICA, the Defendant negligently, or in some other actionable manner referred to hereinabove, failed to comply with the applicable legal standard of care.

11. That in the aforesaid handling and control of the care and treatment of Plaintiff LEON JONES, Defendant negligently and tortiously failed to possess or exercise that degree of knowledge or skill that would ordinarily be possessed and exercised by physicians and surgeons, hospitals, nurses, surgical technicians, attendants, medical clinics, physical therapists and the like, engaged in said professions in the same locality as Defendant, is that said Defendant negligently and unlawfully failed to properly and correctly diagnose, render care and treatment, to perform proper surgery on, prescribe and administer medicine and drugs for the condition of the Plaintiff LEON JONES.

12. On or about August 17, 2009, Plaintiff LEON JONES underwent a left percutaneous nephrolithotripsy, uteroscopy, and stent placement at the Veterans Affairs Long Beach Healthcare System, Long Beach, California. Defendant, in performing Plaintiff's surgery, negligently caused Plaintiff LEON JONES to become infected with hepatitis C. Additionally, Defendant negligently prescribed the antibiotic ciprofloxacin, causing damage to Plaintiff's kidneys.

13. That as a direct and legal result of the aforesaid acts or omissions of Defendant, Plaintiff LEON JONES sustained serious and severe personal injuries and pain, all to his damage in a sum to be ascertained according to proof at the time of trial.

14. As a direct and legal result of the aforesaid acts or omissions of Defendant, Plaintiff RHONDA JONES was deprived of the care, comfort, society, protection, support, love and services of her husband, Plaintiff LEON JONES, all to her damage in a sum to be ascertained according to proof at the time of trial.

15. As a further direct and proximate result of the acts and omissions of the Defendant, Plaintiffs were compelled to and did employ the services of physicians,

surgeons, nurses and the like, to handle and care for Plaintiff LEON JONES' treatment, and did incur medical, professional and incidental expenses; that Plaintiffs will ask leave of court to amend this allegation once said amounts have been ascertained.

**WHEREFORE**, Plaintiffs prays for judgment against Defendant, UNITED STATES OF AMERICA, as follows:

1. General damages according to proof at the time of trial;
2. Medical and other special damages, past, present and future, according to proof at the time of trial;
3. Damages for loss of consortium according to proof at time of trial;
4. Costs of suit incurred herein; and
5. For such other and further relief as the court may deem just and proper.

Dated: April 7, 2014          **HODES MILMAN LIEBECK, LLP**

By: _____
Jeffrey A. Milman
Jason M. Caruso
Attorneys for Plaintiffs, LEON
JONES and RHONDA JONES

PLAINTIFFS HEREBY DEMAND A JURY FOR ALL CLAIMS SO TRIABLE.

Dated: April 7, 2014          **HODES MILMAN LIEBECK, LLP**

By: _____
Jeffrey A. Milman
Jason M. Caruso
Attorneys for Plaintiffs, LEON
JONES and RHONDA JONES

COMPLAINT FOR MEDICAL NEGLIGENCE AND DEMAND FOR JURY TRIAL