ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: keith.staub@usdoj.gov

Attorneys for Defendant United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEON JONES and RHONDA JONES,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 14-2607 GHK (AJWx)<br><br>Hon. George H. King |

**STIPULATION TO DISMISS**

1

1  The undersigned parties, through their respective attorneys, stipulate that
2  Plaintiffs Leon Jones and Rhonda Jones dismiss their complaint in its entirety, with
3  prejudice, with both parties to bear their own costs and attorney's fees. The parties
4  further waive claims for malicious prosecution.

Dated: July 29, 2014

HODES MILMAN LIEBECK

_____
JEFFREY A. MILMAN
Attorneys for Plaintiffs

Dated: July ____, 2014

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Keith M. Staub

KEITH M. STAUB
Assistant United States Attorney
Attorneys for Defendant