1   ANDRÉ BIROTTE JR.
    United States Attorney                                    JS-6
2   LEON W. WEIDMAN
    Assistant United States Attorney         **FILED:   7/31/14**
3   Chief, Civil Division
    KEITH M. STAUB
4   Assistant United States Attorney
    California Bar Number 137909
5        Federal Building, Suite 7516
         300 North Los Angeles Street
6        Los Angeles, California 90012
         Telephone: (213) 894-7423
7        Facsimile: (213) 894-7819
         E-mail: keith.staub@usdoj.gov
8
    Attorneys for Defendant United States
9

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                       WESTERN DIVISION

13  LEON JONES and RHONDA JONES,      |  No. CV 14-2607 GHK (AJWx)

14            Plaintiffs,

15            v.                      |  Hon. George H. King

16  UNITED STATES OF AMERICA,

17            Defendant.

18

19              (~~Proposed~~) ORDER TO DISMISS

20       This Court, having reviewed and accepted the parties'

21  Stipulation to Dismiss, ORDERS AS FOLLOWS:

22  Plaintiffs Leon Jones and Rhonda Jones' complaint is dismissed in its

23  entirety, with prejudice, with both parties to bear their own costs

24  and attorney's fees. The parties have waived claims for malicious

25  prosecution.

26  Dated:  July 30, 2014

27                              _____
                                HON. GEORGE H. KING
                                Chief Judge
28                              United States District Court