ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: keith.staub@usdoj.gov

JS-6

**FILED: 7/31/14**

Attorneys for Defendant United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEON JONES and RHONDA JONES, | No. CV 14-2607 GHK (AJWx) |
| Plaintiffs, | |
| v. | Hon. George H. King |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**(~~Proposed~~) ORDER TO DISMISS**

This Court, having reviewed and accepted the parties' Stipulation to Dismiss, ORDERS AS FOLLOWS:

Plaintiffs Leon Jones and Rhonda Jones' complaint is dismissed in its entirety, with prejudice, with both parties to bear their own costs and attorney's fees. The parties have waived claims for malicious prosecution.

Dated:  July 30, 2014

_____
HON. GEORGE H. KING
Chief Judge
United States District Court