UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEON JONES and RHONDA JONES, | No. CV 14-2607 R (AJWx) |
| Plaintiffs, | |
| v. | Hon. Manuel L. Real |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**ORDER DISMISSING ACTION WITH PREJUDICE**

The parties having filed a separate Stipulation to Dismiss, IT IS HEREBY ORDERED:

1. The Stipulation of the parties hereto is accepted by the Court;
2. Plaintiffs' action is dismissed with prejudice in its entirety; and
3. Each party shall bear their own costs of suit, fees and expenses.

DATED: September 19, 2017

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

SANDRA R. BROWN
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
KEITH M. STAUB
Assistant United States Attorney
Attorneys for Defendant